TURNER *v.* PUTNAM.

*(City Court of Brooklyn, General Term.* February 24, 1891.)

REAL-ESTATE BROKER—ACTION FOR COMMISSIONS—EVIDENCE.

In an action for commissions for procuring a sale of real estate, evidence that defendant, knowing him to be a real-estate broker, employed plaintiff to sell certain premises, and that plaintiff brought the same to the attention of the purchasers, and brought them and defendant together, makes out a *prima facie* case for the jury.

Appeal from trial term.

Action by Nathan A. Turner against Henry W. Putnam to recover commissions for procuring a sale of defendant's real estate. From a judgment dismissing the complaint the plaintiff appeals.

Argued before CLEMENTS, C. J., and VAN WYCK, J.

*A. W. Tenney,* for appellant. *Horace Graves,* for respondent.

PER CURIAM. We have carefully read all the testimony in this case, and are satisfied plaintiff made out a *prima face* case for the jury. There is testimony which strongly tends to show that defendant, knowing him to be a real-estate broker, employed plaintiff to sell certain premises; that plaintiff brought the same to the attention of the purchasers, and brought them and the defendant together; and that defendant sold these parties the premises for the price he asked. Judgment reversed, and new trial ordered, with costs to abide the event.